UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:16-60417-CIV-COHN/SELTZER

SHIPPING AND TRANSIT, LLC,

Plaintiff,

vs.

GLOBAL EXPERIENCE SPECIALISTS, INC.,

Defendant.
_______________________________________/

**ORDER CLOSING CASE**

**THIS CAUSE** is before the Court upon the Parties' Notice of Dismissal With Prejudice [DE 8]. Plaintiff dismisses this case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), with each party to bear its own attorneys' fees and costs.

Accordingly, the Clerk of Court is hereby directed to **CLOSE** this case and **DENY** any pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 22nd day of April, 2016.

JAMES I. COHN
United States District Judge

Copies provided to counsel of record via CM/ECF.